# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

Case No. SA CV 20-00505-DOC-DFM            Date: June 22, 2020

Title: SAIF ORAHA v. FCA US LLC ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER REMANDING CASE**

Having considered the Notice of Removal (Dkt. 1) and the parties' supplemental briefing (Dkts. 17-18), the Court finds that the amount in controversy has not been demonstrated by a preponderance of the evidence to exceed $75,000. The case is therefore REMANDED to the Superior Court of California, County of Orange.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11            Initials of Deputy Clerk: kd

CIVIL-GEN